**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, NY  11722**

          Date:    March 2, 2016

          Re:    16-CV-0078 (SJF)(SIL)

Dear Daniel Grodnik,

    The enclosed  MOTION and CONSENT TO ELECTRONIC NOTIFICATION  is/ are being returned without docketing or consideration for the following reason(s):

( )    The docket number and judge's initials are missing.

( )    Your signature is required on all papers filed with the Court.  Please sign wherever an "X" appears.

( )    These papers appear to be intended for another court or agency.

( )    Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel.  An Affirmation of Service form is enclosed.

( )    Your papers do not meet the minimum requirements for:

        ( )    Legibility: please type or print clearly.
        ( )    Language: only English is acceptable.
        ( )    Form or Content:  See forms/instructions enclosed.
        ( )    Please indicate the documents you served on your affirmation of service.
        ( )    Other:

( )    This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.

( )    Pursuant to Local Civil Rules 5.1, discovery materials are not filed with the Court except by Order of the Court.

( )    Your Notice of Appeal has been processed, and your case is closed. Your papers should be directed to:

        United States Court of Appeals for the Second Circuit
        Thurgood Marshall U. S. Courthouse
        40 Foley Square
        New York, NY 10007

**( X )    Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.**

( )    The Court cannot act on your submission(s).

( )    Other: _____

        DOUG PALMER
        Clerk of Court

        By: /s/ C.Vukovich
        Deputy Clerk